WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 2:21-mc-00339 |
| TODD DISNER et al | ABSTRACT OF JUDGMENT/ORDER |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on __March 15, 2021__
in favor of __NATIONWIDE JUDGMENT RECOVERY INC.__
whose address is __8452 Katella Ave, Stanton CA 90680__
and against __TAM THI DO__
whose last known address is __826 S FLINTRIDGE DR, SANTA ANA CA 92704__
for $ __48,761.03__   Principal, $ __4,096.31__   Interest, $ __0__   Costs,
and $ __0.00__   Attorney Fees.

ATTESTED this __25th__ day of __March__, __2021__
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; __0311__ (last 4 digits) ☐ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

TAM THI DO
826 S FLINTRIDGE DR
SANTA ANA CA 92704

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

G-18 (03/12)   ABSTRACT OF JUDGMENT/ORDER